# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00397-MSK-KMT

SKRATCH LABS LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

VF OUTDOOR, LLC, a Delaware Limited Liability Company, d/b/a SmartWool,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Skratch Labs LLC hereby files this Notice of Voluntary Dismissal Without Prejudice.  Defendant VF Outdoor, LLC, d/b/a SmartWool has not served either an answer or a motion for summary judgment.  Dismissal of all claims in this case under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted this 18th day of May, 2017.

                                                            *s/ Jared B. Briant*
                                                            Jared B. Briant
                                                             Leslie B. Hayden
                                                             Faegre Baker Daniels LLP
                                                             3200 Wells Fargo Center
                                                             1700 Lincoln Street
                                                             Denver, Colorado 80203
                                                             Telephone:  (303) 607-3500
                                                            Fax:  (303) 607-3600
                                                            Email: Leslie.Hayden@FaegreBD.com
                                                           Email: Jared.Briant@FaegreBD.com

2

Theodore E Laszlo, Jr.
Michael J. Laszlo
LaszloLaw
2595 Canyon Boulevard, Suite 210
Boulder, Colorado 80302
Telephone:  (303) 926-0410
Fax:  (303) 443-0758
Email:  tlaszlo@laszlolaw.com
Email:  mlaszlo@laszlolaw.com

*Attorneys for Skratch Labs LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2017, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Margret M. Zylstyra

3